UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SONORA MANAGEMENT INC.,

                Plaintiff,

- against -

JSC BELARUSSIAN SHIPPING CO. a/k/a
JOINT STOCK COMPANY BELARUSSIAN
SHIPPING CO. a/k/a BELARUSSIAN SHIPPING
COMPANY a/k/a BELORUSSIAN SHIPPING
COMPANY a/k/a BELARUSIAN SHIPPING CO.;
PRIMETRANS UNIVERSAL, INC.;
EURASIA SHIPPING AND PORT SERVICES LLP;
STERLING FINANCE LTD.; and
T.W.L. SHIPPING LTD.,

                Defendants.
------------------------------------------------------------X

ECF CASE

08 Civ.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07-02-08

## ORDER APPOINTING PERSON TO SERVE PROCESS

Upon motion of plaintiff for an order appointing Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate, or any employee or agent of Lyons & Flood, LLP, to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action, and it appearing that an employee or designate of Gotham Process Services or an employee of Lyons & Flood, LLP, is a qualified person over 18 years of age, and is not a party to this action, and that the expediting of the service of process will result from such appointment,

IT IS ORDERED that Gotham Process Services, 299 Broadway, New York, New York 10007, or its designate or an employee or agent of Lyons & Flood, LLP, be and is hereby appointed to serve the Verified Complaint, Summons, Process of Maritime Attachment and Garnishment, and other process in this action.

SO ORDERED

_____
KAPLAN, U.S.D.J.

7/1/08

- 2 -

Dated: New York, New York
     July ___, 2008

                           SO ORDERED:

                           _____
                           U.S.D.J.