CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SONORA MANAGEMENT INC.,                   :
                                          :
                    Plaintiff,            :    08-CV-6086
                                          :
         v.                               :    **NOTICE OF**
                                          :    **APPEARANCE**
JSC BELARUSSIAN SHIPPING COMPANY,         :
et al.,                                   :
                    Defendants.           :
-----------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       July 28, 2008

                                     CLARK, ATCHESON & REISERT
                                     Attorneys for Garnishee
                                     Societe Generale New York Branch

                          By:        _____
                                     Richard J. Reisert (RR-7118)
                                     7800 River Road
                                     North Bergen, NJ 07047
                                     Tel: (201) 537-1200
                                     Fax: (201) 537-1201
                                     Email: reisert@navlaw.com